**92–2157.** State v. Brown. *Medina County,* No. 2091M. On motion to consolidate with *State v. Ulis* (1992), 65 Ohio St.3d 83, 600 N.E.2d 1040. Motion denied.

RESNICK, J., not participating.

**92–2178.** State ex rel. Lovins v. Indus. Comm. *Franklin County,* No. 91AP–1445. On motion for leave to file notice of appeal instanter. Motion denied.

DOUGLAS, J., dissents.

**92–2180.** State v. Richardson. *Cuyahoga County,* No. 59803. On motion for leave to file delayed appeal. Motion denied.

**92–2181.** Roaming Shores v. Ashtabula Cty. *Ashtabula County,* No. 91–A–1594. On motion for leave to file notice of appeal instanter. Motion denied.

**92–2187.** State v. Williams. *Montgomery County,* No. 13156. On motion for leave to file delayed appeal. Motion denied.

## JURISDICTIONAL MOTIONS ALLOWED

**92–1045.** State v. Leichty. *Williams County,* No. 91WM000023.

MOYER, C.J., SWEENEY and HOLMES, JJ., dissent.

**92–1718.** Shimola v. Cleveland. *Cuyahoga County,* Nos. 60923, 60928 and 61187.

HOLMES, H. BROWN and RESNICK, JJ., dissent.

**92–1804.** U.S. Sprint Communications Co. Ltd. Partnership v. Mr. K's Foods, Inc. *Franklin County,* No. 91AP–1131.

SWEENEY and RESNICK, JJ., dissent.

**92–1820.** Cablevision of Midwest, Inc. v. Gross. *Cuyahoga County,* No. 60703. On motion and cross-motion to certify the record. Motions allowed.

**92–1873.** Kiel v. Green Local School Dist. Bd. of Edn. *Wayne County,* No. 2709.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

**92–1877.** Ohio Assn. of Pub. School Emp. v. Lakewood City School Dist. *Cuyahoga County,* No. 62880.

SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

## JURISDICTIONAL MOTIONS OVERRULED

**92–1001.** BancOhio Natl. Bank v. Dean. *Clark County,* No. 2850.

HOLMES and WRIGHT, JJ., dissent.

**92–1006.** Discount Drug Mart, Inc. v. Ohio Liquor Control Comm. *Franklin County,* No. 92AP–85.

**92–1089.** Harvey v. Ohio Adult Parole Auth. *Franklin County,* No. 92AP–299.

**92–1110.** Sites v. Moore. *Lawrence County,* No. 91–CA–11.

**92–1192.** Warrensville Hts. v. Mollick. *Cuyahoga County,* No. 59981.

WRIGHT, J., dissents.

**92–1390.** State v. Grimes. *Champaign County,* No. 90–CA–26.

DOUGLAS, J., dissents.

**92–1402.** State v. Anderson. *Wayne County,* No. 2549.

**92–1406.** State v. Callihan. *Scioto County,* No. 1947.

WRIGHT, J., dissents.

**92–1410.** Ewers v. Yonley. *Monroe County,* No. 686.

WRIGHT, J., dissents.